AO 93 (Rev. 11/13) Search and Seizure Warrant



FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 SEP 18 AM 9:59

CLERK - LAS CRUCES

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18MR851
A Lenovo IdeaPad Laptop Computer Serial Number )
R8-GMWH7, Currently in the Possession of the FBI )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___ New Mexico ___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

YOU ARE COMMANDED to execute this warrant on or before  19 Sep 2018  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Gregory B. Wormuth, United States Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  6 Sep 2018

City and state:  Las Cruces, New Mexico                Gregory B. Wormuth, United States Magistrate Judge
                                                      *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-857 MR | 09/11/2018 @ 11:37am | RCFL |

| Inventory made in the presence of : |
|---|
| N/A |

Inventory of the property taken and name of any person(s) seized:

One black Lenovo IdeaPad laptop computer bearing serial number: R8-GMWH7, provided to the New Mexico Regional Computer Forensic Laboratory (NM RCFL) for full forensic examination.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/18/2018

*Lisa Kite Hill*
Executing officer's signature

Lisa Kite Hill, Special Agent, FBI
Printed name and title

## ATTACHMENT A

PROPERTY TO BE SEARCHED

The property to be searched is a black Lenovo IdeaPad laptop computer bearing serial number: R8-GMWH7, Product ID: 4187RWU (hereinafter the "Device"). The Device is located at the Federal Bureau of Investigations Las Cruces, Evidence Room, 2509 N. Telshor Boulevard, Las Cruces, New Mexico.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.



## ATTACHMENT B

### ITEMS TO BE SEIZED

1.  All items to be seized are evidence, contraband, fruits, and/or instrumentalities of violations of 18 U.S.C. and evidence of crimes constituting violations of Title 18 U.S.C. § 2252A(a)(2) (receipt and distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), namely:

    a. Child pornography, as defined in 18 U.S.C. § 2256(8).

    b. Any records, documents, programs, applications, or materials, including electronic mail and electronic messages, that refer to child pornography, as defined in 19 U.S.C. § 2256(8), including but not limited to, documents that refer to the possession, receipt, distribution, transmission, reproduction, viewing, sharing, purchase, downloading, production, shipment, order, requesting, trade, or transaction of any kind, involving child pornography.

    c. Any records, documents, programs, applications, or materials, including electronic mail and electronic messages, tending to identify persons involved in the possession, receipt, distribut9ion, transmission, reproduction, viewing, sharing, purchase, downloading, production, shipment, order, requesting, trade, or transaction of any kind, involving child pornography, as defined in 18 U.S.C. § 2256(8).

    d. Any records, documents, programs, applications, or materials, including electronic mail and electronic messages, that identify any minor visually depicted while engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(B).

1



e. Any records, documents, programs, applications, materials, or items which are sexually arousing to individuals who are interested in minors, but which are not in and of themselves obscene or which do not necessarily depict minors involved in sexually explicit conduct. Such material is commonly known as "child erotica" and includes written materials dealing with child development, sex education, child pornography, sexual abuse of children, incest, child prostitution, missing children, investigative techniques for child exploitation, sexual disorders, pedophilia, nudist publications, diaries, and fantasy writings.

f. Any records, documents, programs, applications, or materials, including electronic messages, that pertain to peer-to-peer file-sharing software.

g. Any records, documents, programs, applications, or materials, including electronic mail and electronic messages, that pertain to accounts with any Internet Service Provider.

h. Any records, documents, programs, applications, or materials, including electronic mail and electronic messages, regarding ownership and/or possession of the digital device, which was located within an office inside the Observatory known as the Dunn Solar Telescope, Sunspot, New Mexico on August 21, 2018.

i. Any digital device used to facilitate the above-listed violations and forensic copies thereof.

j. With respect to any digital device used to facilitate the above-listed violations or containing evidence falling within the scope of the foregoing categories of items to be seized;

2



i. Evidence of who used, owned or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, chat and instant messaging logs, photographs, and correspondence;

ii. Evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

iii. Evidence of the attachment of other devices;

iv. Evidence of counter-forensic programs (and associated date) that are designed to eliminate data from the device.

v. Evidence of the times the device was used;

vi. Passwords, encryption keys, and other access devices that may be necessary to access the device;

vii. Applications, utility programs, compilers, interpreters, or other software, as well as documentation and manuals, that may be necessary to access the device or to conduct a forensic examination of it;

viii. Records of or information about Internet Protocol addresses used by the device;

